IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-114-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CRAIG HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

On December 6, 2010, Craig Hobbs filed a motion to compel the government to file a motion for a sentence reduction pursuant to Rule 35 of the Federal Rules of Criminal Procedure [D.E. 26]. On May 18, 2011, Hobbs filed a motion for clarification and adjustment of restitution [D.E. 29].

The motion to compel is denied. The plea agreement makes clear that the government "is not promising to move for departure pursuant to . . . Fed. R. Crim. P. 35." Plea Ag. ¶ 4(d). As for the motion for clarification, the court believes that its judgment concerning restitution and the schedule for such payment is clear [D.E. 24]. Thus, the motion for clarification is denied.

In sum, the motions [D.E. 26, 29] are DENIED.

SO ORDERED. This 16 day of June 2011.

JAMES C. DEVER III
United States District Judge