# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                          **Crim. No. 7:08-CR-114-1D**

**CRAIG HOBBS**

On March 22, 2019, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                   I declare under penalty of perjury that the foregoing is true and correct.

                                   /s/ Timothy L. Gupton  
                                   Timothy L. Gupton  
                                   Senior U.S. Probation Officer  
                                   310 New Bern Avenue, Room 610  
                                   Raleigh, NC 27601-1441  
                                   Phone: 919-861-8686  
                                   Executed On: October 28, 2021

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___1___ day of __November__, 2021.

                                   James C. Dever III  
                                   U.S. District Judge